IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**KARLO E. BROWN**                                                        **PLAINTIFF**

**v.**                             **CAUSE NO. 1:21cv82-LG-JCG**

**JACKSON COUNTY ADC, ET AL.**                         **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal.

Pursuant to the Order issued this date and incorporated herein by reference,

**IT IS HEREBY ORDERED AND ADJUDGED** that this lawsuit be

**DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED** this the 1st day of July, 2021.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE